# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 586 EAL 2015 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| LERONE BRUNSON, | : | |
| | : | |
| Respondent | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 587 EAL 2015 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| LERONE BRUNSON, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of December, 2015, the Commonwealth's Petition for Allowance of Appeal is **HELD** pending our disposition of Commonwealth v. Wolfe, 68 MAP 2015 and Commonwealth v. Barnes, 36 EAP 2015, and Lerone Brunson's Petition for Allowance of Appeal is **DENIED**.